

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

| | |
|---|---|
| William S. Watson and Jodi Watson, | * From the 42nd District Court of Coleman County, Trial Court No. CV06350. |
| Vs. No. 11-18-00064-CV | * February 28, 2020 |
| Myron Lynn Schrader, | * Memorandum Opinion by Bailey, C.J. (Panel consists of: Bailey, C.J., Stretcher, J., and Wright, S.C.J., sitting by assignment) (Willson, J., not participating) |

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against William S. Watson and Jodi Watson.